STEVEN G. KALAR
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Candis_Mitchell@fd.org

Counsel for Defendant Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States Of America, | Case No.: CR 18–609 SI |
|---|---|
| Plaintiff, | **Stipulation And [Proposed] Order To Move Sentencing Date** |
| v. | **Court:** Courtroom 1, 17th Floor |
| **Dante Curry,** | **Hearing Date:** July 12, 2019 |
| Defendant. | **Hearing Time:** 11:00 a.m. |

Defendant Dante Curry is currently set for sentencing on July 12, 2019. Counsel for Mr. Curry is still awaiting documents to provide confirmation of Mr. Curry's background and to provide information to the Court to assist with sentencing. Accordingly, Mr. Curry seeks to move the sentencing date to Friday, August 16, 2019, at 11:00 a.m. to accommodate the schedules of all parties and the Court. Counsel for Mr. Curry has spoken with both the Probation Officer and Assistant United States Attorney assigned to his case and both do not oppose the request.

IT IS SO STIPULATED.

Dated:    July 5, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
CANDIS MITCHELL
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States Of America**, <br> Plaintiff, <br> v. <br> **Dante Curry**, <br> Defendant. | **Case No.:** CR 18–609 SI <br><br> **[Proposed] Order To Move Sentencing Date** |

[PROPOSED] ORDER

For the reasons stated by counsel, the Court continues the sentencing date from July 12, 2019, at 2:30 a.m., to August 16, 2019, at 11:00 a.m.

IT IS SO ORDERED.

Dated: _____  
_____  
SUSAN ILLSTON  
United States District Judge